# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Steven Wroblewski <br><br> Plaintiff, <br><br> v. <br><br> First Financial Asset Management, Inc. <br><br> Defendant. | Case No. 13-cv-06464 <br><br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:＿＿/s/ Jeffrey S. Hyslip＿＿
　　Jeffrey S. Hyslip
　　Attorney for Plaintiff
　　917 W. 18th Street
　　Suite 200
　　Chicago, IL  60608

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Jenesta (Jay) Marlin, Compliance
First Financial Asset Management, Inc.
230 Peachtree Street NE, Ste. 1700
Atlanta, GA 30303

/s/ Jeffrey Hyslip